No. 94-8391. MAES v. THOMAS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 94-8392. WALLACE v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 94-8395. PEEPLES v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 94-8397. SCOTT v. KERNAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94-8399. SMITH v. EDGAR, GOVERNOR OF ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 94-8401. BURTON v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 94-8402. ROLAND v. STALDER ET AL. C. A. 5th Cir: Certiorari denied.

No. 94-8406. YOUNG v. LOMBARDI ET AL. C. A. 8th Cir. Certiorari denied.

No. 94-8407. BLACK v. CLEVELAND POLICE DEPARTMENT ET AL. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 94-8414. GEIGER v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94-8423. FLOWERS v. TRAUGHBER ET AL. C. A. 6th Cir. Certiorari denied.

No. 94-8424. HINES v. GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94-8426. JAMES v. CARMICHAEL, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 94-8427. MAXBERRY v. DANIEL P. KING ASSOCIATES ET AL. C. A. 7th Cir. Certiorari denied.